UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

AMANDA BRUNNER KINDIG,

       Plaintiff,                        Case No. 1:10-cv-1245

v.                                        HON. JANET T. NEFF

DANIEL GARRETT,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt 30) filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 11, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that plaintiff's Amended Motion for Default Judgment (Dkt 21) is **GRANTED** and the previous motions for default judgment (Dkts 4 and 7) are **DISMISSED** as superseded for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a Judgment consistent with this Order shall issue.


Dated: May 31, 2011                                      /s/Janet T. Neff
                                                                   JANET T. NEFF
                                                                   UNITED STATES DISTRICT JUDGE